No. 65, Misc. BROWN *v.* WAINWRIGHT, CORRECTIONS DIRECTOR, ET AL. Motion for leave to file petition for writ of habeas corpus denied. Petitioner *pro se.* *James W. Kynes,* Attorney General of Florida, and *James G. Mahorner,* Assistant Attorney General, for respondents.

No. 70, Misc. SAMPSON *v.* WAINWRIGHT, CORRECTIONS DIRECTOR. Motion for leave to file petition for writ of habeas corpus denied. Petitioner *pro se.* *James W. Kynes,* Attorney General of Florida, and *Reeves Bowen,* Assistant Attorney General, for respondent.

No. 102, Misc. BEERS *v.* FLORIDA. Motion for leave to file petition for writ of habeas corpus denied. Petitioner *pro se.* *James W. Kynes,* Attorney General of Florida, and *Reeves Bowen,* Assistant Attorney General, for respondent.

No. 106, Misc. UNGER *v.* YEAGER, WARDEN;
No. 114, Misc. HOLMAN *v.* EYMAN, WARDEN, ET AL.;
No. 115, Misc. LAMBERT *v.* RHAY, PENITENTIARY SUPERINTENDENT;
No. 119, Misc. GREY *v.* MINNESOTA;
No. 193, Misc. BURKE *v.* CALIFORNIA;
No. 268, Misc. DUCKETT *v.* DUNBAR, CORRECTIONS DIRECTOR, ET AL.;
No. 293, Misc. GARVIE *v.* CALIFORNIA;
No. 300, Misc. FERRIERA *v.* UNITED STATES;
No. 302, Misc. BECK *v.* WAINWRIGHT, CORRECTIONS DIRECTOR;
No. 338, Misc. SCHACK *v.* KELLENBERGER, SHERIFF; and
No. 344, Misc. WILLIAMS *v.* PATE, WARDEN. Motions for leave to file petitions for writs of habeas corpus denied.